UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FONDA JACKSON.,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF PHILADELPHIA, et al.<br><br>   Defendants. | Civil Action No.: 2:21-cv-01724 |

**STIPULATION TO DISMISS ALL CLAIMS AGAINST CITY OF PHILADELPHIA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses all claims against Defendant, the City of Philadelphia, with prejudice and without costs.

Dated: February 28, 2022

For the Plaintiff:            For the Defendants:


__/s/ David N. Korsen_____    __/s/ Christopher A. Iacono_____
David N. Korsen, Esquire          Christopher A. Iacono, Esquire

*Counsel for Fonda Jackson*         *Counsel for Defendants*